UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLONY INSURANCE COMPANY, a
Foreign Corporation

                                          CASE NO.:

                Plaintiff,

v.

COASTAL INSTALLATIONS, INC., a
Florida Corporation, and
ROBERTO PORTALES, an Individual,

                Defendants.

_____/

## COMPLAINT FOR DECLARATORY RELIEF

Plaintiff, COLONY INSURANCE COMPANY, a Foreign Corporation (hereinafter "COLONY"), files this Complaint for Declaratory Relief against Defendants, COASTAL INSTALLATIONS, INC., a Florida Corporation (hereinafter "COASTAL INSTALLATIONS"), and ROBERTO PORTALES (hereinafter "PORTALES") in accordance with Rule 57 of the Federal Rules of Civil Procedure, and states as follows:

### JURISDICTION

1.      This is an action for declaratory relief pursuant to 28 U.S.C. § 2201 and § 2202 for the purpose of determining a question of actual controversy between the parties.

2.      The matter in controversy exceeds the sum of $75,000.00, exclusive of

interest and costs.  This Court has jurisdiction by virtue of 28 U.S.C. § 1332 in that the matter is between citizens of different states.

## VENUE

3.    Venue is proper in this forum pursuant to 28 U.S.C. §§ 1391 (a)(1) and 1391(c), because PORTALES resides within the District and COASTAL INSTALLATIONS does business within and has sufficient contacts with this District, and is thus subject to the Court's personal jurisdiction.

## PARTIES

4.    Plaintiff, COLONY, is a foreign corporation with its principal place of business in the State of Virginia.

5.    Defendant, PORTALES, was at all times material to this complaint, and upon information and belief remains, a resident of Tampa, Florida.

6.    Defendant, COASTAL INSTALLATIONS, is a Florida corporation with its principle place of business in Indian Shores, Florida.    COASTAL INSTALLATIONS is or was authorized, licensed and registered to do business, and was and is doing business, in Florida.

## BACKGROUND FACTS

7.    On or about December 19, 2005, a contract was entered into between COASTAL INSTALLATIONS and "owner" PORTALES, Julio Portales (PORTALES' father), and Jeff Crowther (PORTALES' brother-in-law), under which COASTAL INSTALLATIONS agreed to build a single family home at 19654 Gulf Boulevard, Indian Shores, Florida (hereinafter the "Subject Home"), in exchange for payment in

the amount $265,043.86.  A copy of said contract is attached hereto as **Exhibit** "**A**".

8.     The contract for construction of the Subject Home contains a "Memo" page that identifies the "Type of Work" on this project as "New Construction".

9.     Upon information and belief, construction on the Subject Home began in or about January 2006, and progressed normally until approximately October 2008, when construction on the Subject Home stopped.  COLONY understands that PORTALES has not had contact with COSTAL INSTALLATIONS' principal, James David Shuler, since that time, and attempts to locate Mr. Shuler were unsuccessful.

10.     On or about November 26, 2008, COLONY received notice that PORTALES' was submitting a claim for damages to the Subject Home for coverage under a policy of insurance issued by COLONY to COASTAL INSTALLATIONS, which policy is discussed below.  Said notice was provided by Sandy Wasson & Associates Insurance, Inc., the entity to whom PORTALES directed his complaints.

11.     PORTALES claims that the work performed on the Subject Home by COSTAL INSTALLATIONS was performed improperly; work that was contracted for was not performed; and that damages exist at the Subject Home as a result of poor workmanship by COSTAL INSTALLATIONS.

<u>**COUNT I - DECLARATORY RELIEF AGAINST DEFENDANTS**</u>

12.     COLONY entered into a contract for insurance with COASTAL INSTALLATIONS under Commercial General Liability Policy Number GL 3598615 (hereinafter the "Policy").  The Policy was in effect from December 5, 2007 to December 5, 2008.  The Policy contained a Limit of Liability of $300,000.00 for Each

Occurrence, and a $300,000.00 Products/Completed Operations Aggregate Limit, subject to the, terms, conditions, endorsements, limitations and exclusions contained in the Policy.    A copy of the relevant portions of the Policy are attached hereto as **Exhibit** "**B**".

13.    The Policy contains the following relevant provisions:

**CG 00 01 12 04**

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1.    **Insuring Agreement (page 1 of 15)**

**a.**    We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies.  We will have the right and duty to defend the insured against any "suit" seeking those damages.  However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which insurance does not apply.  We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result…

\*                    \*                    \*

**b.**    This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damages" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part.  If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

\*           \*           \*

**U159-0702**

## LIMITATION OF COVERAGE TO BUSINESS DESCRIPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

Business Description: Carpentry-Remodeling/Additions

**A.**    **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 1. Insuring Agreement, b.** is amended and the following added:

**(4)**    The "bodily injury" or "property damage" is caused by or results from the business described in the Schedule.

\*           \*           \*

**SECTION V – DEFINITIONS (pages 12-14 of 15)**

             *            *            *

**16.**     "Products-completed operations hazard":

**a.**     Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

             *            *            *

**(2)**     Work that has not yet been completed or abandoned…

             *            *            *

**22.**     "Your work":

**a.**     Means:

**(1)**     Work or operations performed by you or on your behalf; and

**(2)**     The providing of or failure to provide warnings or instructions.

             *            *            *

**U122B-0504**

**EXCLUSION – DESIGNATED WORK – RESIDENTIAL NEW CONSTRUCTION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SECTION 1 – COVERAGES, COVERAGE A**

**BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** is amended and the following added:

**Residential New Construction Work**

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of or resulting from "your work" performed on new single or multiple family housing, apartment, townhouse or condominium projects.

\*          \*          \*

### FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A.    The following exclusion is added to Paragraph **2.**, Exclusions of **Section I – Coverage A – Bodily Injury and Property Damage Liability:**

2.    **Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

\*          \*          \*

**b.**    Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or

bacteria, by any insured or by any other
person or entity.

14.    This Declaratory Relief action arises from a claim for damages made
by PORTALES directly to COLONY arising out of the work performed by, or to be
performed by, COASTAL INSTALLATIONS, the Named Insured under the Policy.

15.    After receiving notice of PORTALES' claim, COLONY conducted an
investigation in order to determine whether PORTALES' complaints fell within the
coverage area of the Policy.

16.    A dispute has arisen between the parties as to whether COLONY owes
a defense or indemnity to COASTAL INSTALLATIONS in connection with the
complaints and damages alleged by PORTALES.

17.    PORTALES contends that the damages claimed to the Subject Home
are covered under the Policy, and as such, COLONY should provide payment for the
same.

18.    COLONY contends that, pursuant to the above-referenced Policy
provisions and exclusions, PORTALES' claims fall outside the scope of coverage
provided by the Policy, and/or are excluded from coverage pursuant to the
application of the unambiguous exclusions contained in the Policy, and thus are
precluded from coverage.

19.    As a result of the dispute, COLONY is in doubt as to its obligations
under the provisions of the Policy, and is in need of an immediate judicial
determination of its rights.

20.    Furthermore, James David Shuler, the principal of COASTAL

INSTALLATIONS, may have misrepresented material facts in the application for the Policy. A copy of the Commercial Insurance Application and the Supplemental Application completed by COSTAL INSTALLATIONS is attached hereto as **Exhibit "C"**. In the Commercial Insurance Application, signed by James David Shuler on December 5, 2007, the "Schedule of Hazards" listed "subcontractors" under classification, and not general contractor, which is the role in which he was acting in connection with the Subject Home.

21.    Additionally, in the Supplemental Application, also signed by James David Shuler on December 5, 2007, "Risk is a (% of each)" was listed as "subcontractor," not general contractor. Further, under the "Type of Work Performed" the following was noted:

|                         |     |
|-------------------------|-----|
| Room Additions          | 25% |
| Structural Work         | 0%  |
| Remodeling Work         | 75% |
| Maximum # of Stories    | 2   |
| Any Roofing Performed   | No  |
| Ground Up Construction  | 0%  |

22.    Also, the following was answered "No" by Mr. Shuler:

Has the insured ever been involved in any construction of new residential properties i.e., Custom homes, Tract or Condo developments, apts or Town Homes in the past 10 years or will they do so in the future?

23.    Thus, James David Shuler, principal of COASTAL INSTALLATIONS, failed to disclose to COLONY the true nature and extent of the work performed by COASTAL INSTALLATIONS. The application, which was completed during the course of building the Subject Home, did not disclose many material facts, including,

but not limited to, performance of roofing work; failure to disclose that COASTAL INSTALLATIONS acted as a general contractor; performance of structural work; working on buildings greater than two stories; working on new residential construction; and, ground up construction, despite the fact that COASTAL INSTALLATIONS was in the middle of such a project at the time of the application.

24.    COLONY has been required to retain the undersigned law firm for prosecution of this declaratory action, and has agreed to pay reasonable attorneys' fees and costs for these services.

WHEREFORE, Plaintiff COLONY respectfully requests that this Court:

a.    Take jurisdiction over this matter and determine and adjudicate the rights and liabilities of the parties with respect the Policy;

b.    Find and declare that COLONY is not required to provide payment for, or indemnify any of, the damages claimed by PORTALES at the Subject Home;

c.    Find and declare that COLONY is not required to provide a defense to, or indemnify, COASTAL INSTALLATIONS against the claims asserted by PORTALES;

d.    Enter an order declaring that COLONY owes no coverage for any claims presented by PORTALES as a result of the damages allegedly incurred as a result of COSTAL INSTALLATIONS work, or lack of work, performed at the Subject Home;

e.    Grant COLONY attorneys' fees and costs incurred by this action and such other further relief as this Court deems just and proper under the evidence and circumstances; and

f.    Order a speedy hearing of this action and advance it on the calendar.

## DEMAND FOR JURY TRIAL

COLONY hereby demands a trial by jury on all issues so triable against the Defendant(s).

Respectfully submitted, this 17th day of December, 2009.

By:_____
ROBERT ALDEN SWIFT
FBN: 0018518
COLE, SCOTT & KISSANE, P.A.
Attorneys for Plaintiff, COLONY
INSURANCE COMPANY
1900 Summit Tower Blvd., Suite 750
Orlando, FL 32810
E-Mail: Robert.Swift@csklegal.com
Telephone: (321) 972-0010
Facsimile: (321) 972-0099

L:\2010-0017-00\P\DEC Complaint.DOC

# Contractor Agreement

THIS AGREEMENT made the _19_ day of _DEC_____, 20_05_ by and between _CoASTAL_
_INSTALLATIONS INC._____, hereinafter called the Contractor and _Roberto & Julio_
_Portales & Jeff Crowther_____, hereinafter called the Owner.
_JC_

**WITNESSETH**, that the Contractor and the Owner for the considerations named agree as follows:

### Article 1.  Scope of the Work
The Contractor shall furnish all of the materials and perform all of the work shown on the Drawings and/or described in the Speci-
fications entitled Exhibit A, as annexed hereto as it pertains to work to be performed on property at _19654_
_Gulf Blvd   Indian Shores   FL   33785_____

### Article 2.  Time of Completion
The work to be performed under this Contract shall be commenced on or before_____, 20_____ and shall be
substantially completed on or before _____, 20_____. Time is of the essence. The following constitutes substan-
tial completion of work pursuant to this proposal and contract: (Specify) _WORK  TO  BE  DONE  IN_
_APPROX  10  MONTHS  UPON  STARTING, CONTINGENT  UPON_
_CHANGES/WORK ORDERS & NATURAL  DISASTER._____

### Article 3.  The Contract Price
The Owner shall pay the Contractor for the material and labor to be performed under the Contract the sum of _$265,043.86_
_Two HUNDRED Sixty Five & Forty-three Thousand & 86/100_ Dollars ($_____ ), subject to additions and deductions
pursuant to authorized change orders.

### Article 4.  Progress Payments
Payments of the Contract Price shall be paid in the manner following: (Specify) _Payments  to  be  made_
_in  Accordance  to  Attached  invoice._____

### Article 5.  General Provisions
Any alteration or deviation from the above specifications, including but not limited to any such alteration or deviation involv-
ing additional material and/or labor costs, will be executed only upon a written order for same, signed by Owner and Contrac-
tor, and if there is any charge for such alteration or deviation, the additional charge will be added to the contract price of this
contract.

If payment is not made when due, Contractor may suspend work on the job until such time as all payments due have been
made. A failure to make payment for a period in excess of ___7___ days from the due date of the payment shall be
deemed a material breach of this contract


EXHIBIT
A

Page 1

In addition, the following general provisions apply:

1  All work shall be completed in a workman-like manner and in compliance with all building codes and other applicable laws.

2.  The Contractor shall furnish a plan and scale drawing showing the shape, size dimensions, and construction and equipment specifications for home improvements, a description of the work to be done and description of the materials to be used and the equipment to be used or installed, and the agreed consideration for the work.

3.  To the extent required by law all work shall be performed by individuals duly licensed and authorized by law to perform said work.

4.  Contractor may at its discretion engage subcontractors to perform work hereunder, provided Contractor shall fully pay said subcontractor and in all instances remain responsible for the proper completion of this Contract.

5.  Contractor shall furnish Owner appropriate releases or waivers of lien for all work performed or materials provided at the time the next periodic payment shall be due.

6  All change orders shall be in writing and signed both by Owner and Contractor, and shall be incorporated in, and become a part of the contract.

7.  Contractor shall at its own expense obtain all permits necessary for the work to be performed.

8.  Contractor agrees to remove all debris and leave the premises in broom clean condition.

9.  In the event Owner shall fail to pay any periodic or installment payment due hereunder, Contractor may cease work without breach pending payment or resolution of any dispute

10  All disputes hereunder shall be resolved by binding arbitration in accordance with rules of the American Arbitration Association.

11.  Contractor shall not be liable for any delay due to circumstances beyond its control including strikes, casualty or general unavailability of materials.

12.  Contractor warrants all work for a period of ___*12*___ months following completion.

## Article 6. Indemnification

To the fullest extent permitted by law, the Contractor shall indemnify, defend and hold harmless ___*THE OWNER*___ _____and its agents and employees, from and against claims, damages, losses and expenses, including but not limited to attorney's fees, arising out of or resulting from performance of the work or providing of materials to the extent caused in whole or in part by negligent or wrongful acts or omissions of, or a breach of this agreement by, the contractor, a subcontractor, anyone directly or indirectly employed by them or anyone whose acts they are legally responsible.

## Article 7. Insurance

The Contractor represents that it has purchased and agrees that it will keep in force for the duration of the performance of the work or for such longer term as may be required by this agreement, in a company or companies lawfully authorized to do business in the State of ___*FLORIDA*___ , such insurance as will protect ___*COASTAL*___ ___*Installations Inc*___ and the owner of the site, if the site is not owned by ___*Portales / JC*___ ___*Crowther*___ , from claims for loss or injury which might arise out of or result from the Contractor's operations under this project, whether such operations be by the Contractor or by a subcontractor or its subcontractors.

The Contractor represents and agrees that said insurance is written for and shall be maintained in an amount not less than the limits of the liability specified below or required by law, whichever coverage is greater. The Contractor certifies that coverage



written on a "claims made" form will be maintained without interruption from the commencement of work until the expiration of all applicable statutes of limitation.

1) Worker's Compensation $ _45,080_ per $100 of Payroll

2) Comprehensive General Liability with limits of not less than $ _300,000.00_ per occurrence.

3) Comprehensive Automobile Liability (owned, non-owned, hired) of $ _50,000.00_ each accident.

The Contractor shall file Certificates of Insurance, naming the owner/person hiring the contractor as additional insured, in duplicate, acceptable to all parties with _Town of Indian Shores Bldg Dept._ prior to commencement of work, which shall contain a provision that coverages under the policies shall not be cancelled or allowed to expire or permit material changes until at least _thirty_ ( _30_ ) days written notice has been given to additional insured.

### Article 8. Additional Terms

_WORK AND MATERIALS TO BE IN ACCORDANCE to Architectural DRAWINGS - STAMPED & SEALED & APPROVED by the Building offical of Indian Shores._

Name and Registration No. of any Salesperson who solicited or negotiated this contract: _____

Signed this _19_ day of _DEC_ , 20 _05_

Signed in the presence of: _JEFF CROWTHER_                JULIO PORTALES

Witness: _____    Witness: _____

Name of Owner: _ROBERTO J. PORTALES_    Name of Contractor: _JAMES DAVID SHULER_
_FOR JULIO PORTALES TRUST_

By: _____    By: _____

Signature: _____    Signature: _____

Street Address: _11932   86th Ave_

City/State/Zip: _SEMINOLE    FL    33785_

Telephone No.: _(727) 804-2001_

Contractor's State License No.: _R.R. 28281189_

# MEMO

| | | |
|---|---|---|
| JOB Portalas/Crowther Residence | BID # | |
| ADDRESS 19654 Gulf Blvd Indian Shores FL | DATE | |
| FIRM Coastal Installations Inc | PREPARED BY Dave Shuler | |
| ADDRESS 11932 86th Ave Seminole FL | APPROVED BY | |
| TYPE OF WORK New Construction | PHONE (727) 804-0001 | |

| WORK INCLUDED | AMOUNT OF BID |
|---|---|
| Schedule of Draw Payments | |
| 1st Draw 25% - upon signing of Contract | $66,260.94/xx |
| 2nd Draw 20% - upon completion of Demo/New piles & columns installed | $53,008.77/xx |
| 3rd Draw 20% - upon completion of Framing of House | $53,008.77/xx |
| 4th Draw 10% - upon completion of plumbing/Electrical/HVAC & Sprinkler Rough-in | $26,504.39/xx |
| 5th Draw 10% - upon completion of Drywall, paint, spiral stairwell, vinyl & stucco | $26,504.39/xx |
| 6th Draw - 7% - upon completion of Interior trim, flooring | $18,553.07/xx |
| 7th & Final Draw - upon Final Certificate of Occupancy | $21,203.54/xx |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL BID | $265,043.86/xx |

| EXCLUSIONS AND QUALIFICATIONS |
|---|
| 12/19/05    Red CF# 1002    $66,260.96/xx |
| |
| |
| |
| |

| ACKNOWLEDGEMENT OF ADDENDA: | | TAX | |
|---|---|---|---|
| DELIVERY | | EXCLUDED | |
| | | INCLUDED | |
| | RECEIVED BY: | | |

**BID MEMO**

D8120
MADE IN USA

## COMMON POLICY DECLARATIONS

# Colony Insurance Company
**8720 Stony Point Parkway, Suite 300**
**Richmond, VA  23235**

*Underwritten By Colony Management Services, Inc.*

| | |
|---|---|
| POLICY NUMBER | |
| GL 3598615 | DL/SA |
| RENEWAL OF | |
| GL3174771 | |
| PDQ CODE | |
| 91F | |

**1. NAMED INSURED and MAILING ADDRESS:**
Coastal Installations, Inc.

19111 Whispering Pines Drive
Indian Shores                    FL    33785

**PRODUCER:** 09019
Atlantic Specialty Lines of Florida, Inc
15950 Bay Vista Drive, Suite 250
Clearwater                       FL  33760

**2. POLICY PERIOD:** From <u>12/05/2007</u> to <u>12/05/2008</u>  12:01 A.M. Standard Time at your Mailing Address above.
IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE
AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**3. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.  THIS
PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE PARTS | PREMIUM |
|---|---|
| Commercial General Liability | $   1,248.00 |
| Commercial Property | $ NOT COVERED |
| Commercial Crime | $ NOT COVERED |
| Commercial Inland Marine | $ NOT COVERED |
| Commercial Farm and Ranch | $ NOT COVERED |
| Owners And Contractors Protective | $ NOT COVERED |
| Coverage for Certified Acts of Terrorism Rejected; Exclusion Attached. | $ NOT COVERED |
| (Per Policyholder Disclosure TRIA2002Notice attached.) | |
| **TOTAL** | $   1,248.00 |
| Policy Fee | $      35.00 |
| FHCF Assessment | $      12.83 |
| FL Service Fee | $       1.29 |
| Surplus Lines Tax | $      64.15 |
| | $ |

Premium shown is payable at inception.          Total Policy Premium: $   1,361.27

**4. FORMS APPLICABLE TO ALL COVERAGE PARTS:**

See Schedule of Forms and Endorsements - U001

**5. BUSINESS DESCRIPTION:** Carpentry- Remodeling/Additions

Countersigned: <u>December 11, 2007</u>                    By:_____
          Date                                        Authorized Representative

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1984

DCJ6550 (07/05)                              General Agent



EXHIBIT
B

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

This Coverage Part consists of this Declarations Form, the Common Policy Conditions, the Commercial General Liability Form and the Endorsements indicated as applicable. (See "COMMON POLICY DECLARATIONS" for Items 1 and 2)

POLICY NO. GL 3598615

NAMED INSURED  Coastal Installations, Inc.

### 3. LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products - Completed Operations) | $ 300,000 | |
| Products Completed Operations Aggregate Limit | $ 300,000 | |
| Personal & Advertising Injury Limit | $ 300,000 | |
| Each Occurrence Limit | $ 300,000 | |
| Damage To Premises Rented To You Limit | $ 100,000 | Any One Premises |
| Medical Expense Limit | $   5,000 | Any One Person |

**RETROACTIVE DATE**  (CG 00 02 only) - Coverage A of this insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown below.

Retroactive Date:  NONE          (Enter Date or "None" if no Retroactive Date applies.)

Location of All Premises You Own, Rent or Occupy (Same as Item 1 unless shown below):
19111 WHISPERING PINES DRIVE                         INDIAN SHORES               FL   33785
VARIOUS LOCATIONS PER OPERATIONS OF INSURED

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | | RATE | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | | | | PR / CO | ALL OTHER |
| Carpentry | 91342 | P | 16000 | 40.25000 | Included | 644.00 |
| Contractors - subcontracted work - in connection with construction, reconstruction, repair or erection of buildings | 91585 | C | 15000 | 40.25000 | Included | 604.00 |

| 4. FORMS / ENDORSEMENTS APPLICABLE: | TOTAL PREMIUM FOR THIS COVERAGE PART | |
|---|---|---|
| SEE SCHEDULE OF FORMS AND ENDORSEMENTS - FORM U001 | $  1,248.00 | |

**5. FORM OF BUSINESS:** ☐ Individual  ☐ Joint Venture  ☐ Partnership  ☐ Organization (Other than Partnership or Joint Venture)  ☒ Corporation

Audit Period:  Annual unless otherwise stated:

DCJ6553 (07-02)            Includes Copyright material of Insurance Services Office, Inc. with its  permission.
Copyright, Insurance Services Office, Inc., 1984
General Agent

Insured: Coastal Installations, Inc.

Policy Number: GL3598615

# SCHEDULE OF FORMS AND ENDORSEMENTS

Forms and Endorsements applying to and made part of this policy at the time of issuance:

| NUMBER | TITLE |
|---|---|
| FORMS APPLICABLE - POLICY COMMON FORMS | |
| PJCG (06-05) | COMMON POLICY JACKET |
| DCJ6550 (07-05) | COMMON POLICY DECLARATIONS |
| U001 (10-04) | SCHEDULE OF FORMS AND ENDORSEMENTS |
| U002 (09-04) | MINIMUM POLICY PREMIUM |
| U094 (07-02) | SERVICE OF SUIT |
| UCG2175 (09-04) | EXCL-CERT. ACTS OF TERRORISM AND OTHER ACTS OF TERRORISM |
| IL0017 (11-98) | COMMON POLICY CONDITIONS |
| IL0021 (04-98) | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| FORMS APPLICABLE - COMMERCIAL GENERAL LIABILITY | |
| DCJ6553 (07-02) | COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS |
| U003 (67-02) | HAZARDOUS MATERIALS EXCLUSION |
| U004 (07-07) | MISCELLANEOUS EXCLUSIONS ENDORSEMENT |
| U008CP (07-07) | CONTRACTORS COVERAGE LIMITATIONS AND AUDIT |
| U015 (07-02) | DEMOLITION EXCLUSION |
| U048 (09-04) | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| U070 (07-07) | DEDUCTIBLE LIABILITY INSURANCE |
| U089 (09-04) | SUBSIDENCE EXCLUSION |
| U122B (05-04) | EXCLUSION - DESIGNATED WORK - RESIDENTIAL NEW CONSTRUCTION |
| U155 (07-02) | ABSOLUTE AUTO, AIRCRAFT AND WATERCRAFT EXCLUSION |
| U159 (07-02) | LIMITATION OF COVERAGE TO BUSINESS DESCRIPTION |
| U180 (07-02) | OVER SPRAY PROPERTY DAMAGE EXCLUSION |
| CG0001 (12-04) | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0067 (03-05) | EXCLUSION - VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX |
| CG2139 (10-93) | CONTRACTUAL LIABILITY LIMITATION |
| CG2167 (12-04) | FUNGI OR BACTERIA EXCLUSION |
| CG2186 (12-04) | EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS |
| FORMS APPLICABLE - STATE SPECIFIC | |
| UIL0255 (07-02) | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |

Important notice: See the actual policy forms attached for the full title, terms and conditions.

COMMERCIAL GENERAL LIABILITY
CG 00 01 12 04

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

### 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc., 2003
CG 00 01 12 04    □

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

 © ISO Properties, Inc., 2003

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

(b) the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

h. **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. **War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

j. **Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

© ISO Properties, Inc., 2003            CG 00 01 12 04            □

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

    © ISO Properties, Inc., 2003    CG 00 01 12 04    □

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## COVERAGE C MEDICAL PAYMENTS

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage A.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

© ISO Properties, Inc., 2003
CG 00 01 12 04     □

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV — COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

           © ISO Properties, Inc., 2003           CG 00 01 12 04    □

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

  **(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

  **(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

  **(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

  **(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

 © ISO Properties, Inc., 2003   ☐

## 6. Representations

By accepting this policy, you agree:

   **a.** The statements in the Declarations are accurate and complete;

   **b.** Those statements are based upon representations you made to us; and

   **c.** We have issued this policy in reliance upon your representations.

## 7. Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

   **a.** As if each Named Insured were the only Named Insured; and

   **b.** Separately to each insured against whom claim is made or "suit" is brought.

## 8. Transfer Of Rights Of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

## 9. When We Do Not Renew

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   **b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

   **a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   **b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

   **c.** All other parts of the world if the injury or damage arises out of:

      **(1)** Goods or products made or sold by you in the territory described in **a.** above;

      **(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

      **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

   **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

© ISO Properties, Inc., 2003

**b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

   (a) Snow removal;

   (b) Road maintenance, but not construction or resurfacing; or

   (c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

     (1) Products that are still in your physical possession; or

     (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

       (a) When all of the work called for in your contract has been completed.

       (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

       (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

     Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

     (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

     (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

     (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

 © ISO Properties, Inc., 2003

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MINIMUM POLICY PREMIUM

The following additional policy Conditions supercede any other policy conditions as regards the "minimum earned premium" for this policy:

**Minimum Earned Premium**

This policy is subject to a "minimum earned premium".  "Minimum earned premium" means the premium that is calculated as follows:

1.  The total policy premium as shown in the policy Declarations, plus
2.  Any premium adjustment by endorsements, plus
3.  Any additional premium developed by audit.

**Audits and Minimum Earned Premium**

Audits will not reduce the "minimum earned premium".  The due date for audit premiums is the date shown as the due date on the bill.

**Cancellation and Minimum Earned Premium**

1.  If you cancel this policy, the return premium will be 90% of the pro rata balance of any remaining unearned premium but no less than _25_ % of the "minimum earned premium".
2.  If we cancel the policy for any reason, other than for non-payment of premium, the "minimum earned premium" shall not apply.  We will return to you the pro rata amount of the unearned premium.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

U002-0904                                                                 Page 1 of 1

General Agent

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONTRACTORS COVERAGE LIMITATIONS AND AUDIT

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. **SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, e. Employer's Liability, and Section I - COVERAGES, PRODUCTS/COMPLETED OPERATIONS, BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, e. Employer's Liability** are deleted and replaced with the following:

This insurance does not apply to:

   **e. Employer's Liability**

   "Bodily injury" to:

   **(1)** An "employee" or "temporary worker" of any insured arising out of and in the course of:

     **(a)** Employment by any insured; or

     **(b)** Performing duties related to the conduct of any insured's business; or

   **(2)** A fellow "employee" or "temporary worker" of any insured arising out of and in the course of such employment when the insured is an "executive officer" of such employer; or

   **(3)** The spouse, child, parent, brother or sister of that "employee" or "temporary worker" as a consequence of Paragraph **(1)** above.

   This exclusion applies:

   **(1)** Whether an insured may be liable as an employer or in any other capacity;

   **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury; or

   **(3)** To any liability assumed under any contract or agreement.

B. **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 5. Premium Audit**, subparagraph **c.** is deleted and replaced with the following:

   **c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request. In addition:

   **(1)** You shall provide us upon our request copies of Certificates of Insurance that you shall require and have obtained from your subcontractors before any work is performed on your behalf. You shall maintain copies of these Certificates during and for up to 5 years after the term of such work.

   **(2)** The Certificate must evidence coverage and Limits of Insurance equal to or greater than the coverages and Limits of Insurance provided by this policy in force for the term of the work performed for you, unless other terms and limits are shown below:

     Limits of Insurance:

     Coverage equal to the coverages provided by this policy, and

| | |
|---|---|
| General Aggregate Limit (other than Products/Completed Operations) | $ 300,000 |
| Products/Completed Operations Aggregate Limit | $ 300,000 |
| Each Occurrence Limit | $ 300,000 |

U008CP-0707     Includes copyrighted material of ISO Properties, Inc.,     Page 1 of 2
with its permission.
General Agent

      (3) We will have the right to adjust the annual premium charged you and use the "total cost" of all work you subcontract as the basis for the additional premium for any subcontractor:

          (a) whose Certificate of Insurance shows Limits of Insurance or coverage less than that required by us or

          (b) for whom you do not have a Certificate.

      (4) Any premium charged shall be paid to us by the first Named Insured within 30 days of the date of invoice.

C. **SECTION V - DEFINITIONS** is amended and the following added:

"Total cost" means the combined cost of:

      **a.** all labor; plus

      **b.** materials and equipment furnished, used or delivered for use in the execution of the work performed; and

      **c.** overhead and profit including fees and commissions.

D. **SECTION V - DEFINITIONS, 19.** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**, and **SECTION V - DEFINITIONS, 15.** of the **PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM** are deleted and replaced with the following:

"Temporary worker" means any person who is:

      **a.** furnished to you to substitute for a permanent "employee";

      **b.** a short-term worker; or

      **c.** not an "employee" or "volunteer worker".

      ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | PER CLAIM    or | PER OCCURRENCE |
| Bodily Injury Liability | $ NOT APPLICABLE | $ NOT APPLICABLE |
| OR | | |
| Property Damage Liability | $ NOT APPLICABLE | $ NOT APPLICABLE |
| OR | | |
| Bodily Injury Liability and/or | $ 250 | $ NOT APPLICABLE |
| Property Damage Liability Combined | | |

A. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

B. You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

1. **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

   a. Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

   b. Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage";

   c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Bodily injury" and "property damage" combined; or

   d. Under Supplementary Payments-Coverage A and B, to all amounts we pay in the defense and investigation of any claim or "suit" to which this insurance applies

   as the result of any one "occurrence".

   If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

   With respect to "property damage", person includes an organization.

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

U070-0707          Includes copyrighted material of ISO Properties, Inc.,          Page 1 of 2
with its permission.
General Agent

    **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

    **b.** Under Property Damage Liability Coverage, to all damages because of "property damage";

    **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

        **(1)** "Bodily injury";

        **(2)** "Property damage"; or

        **(3)** "Bodily injury" and "property damage" combined; or

    **d.** Under Supplementary Payments-Coverage A and B, to all amounts we pay in the defense and investigation of any claim or "suit" to which this insurance applies

    as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

    **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

    **2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We, at our sole election and option, may either:

    **1.** Pay any part of or all of the deductible amount to effect settlement of any claim or suit, and upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us; or

    **2.** Simultaneously upon receipt of notice of any claim or at any time thereafter, request you pay or deposit with us all or any part of the deductible amount, to be held and applied by us as herein provided.

    ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITATION OF COVERAGE
# TO
# BUSINESS DESCRIPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

BUSINESS DESCRIPTION: Carpentry- Remodeling/Additions

A. **SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 1. Insuring Agreement, b.** is amended and the following added:

    **(4)** The "bodily injury" or "property damage" is caused by or results from the business described in the Schedule.

B. **SECTION I - COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, 1. Insuring Agreement, b.** is amended and the following added:

This insurance applies to "personal and advertising injury" caused by an offense in the course of the business described in the Schedule.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

U159-0702                                                                                     Page 1 of 1

General Agent

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

1. The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

2. "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - DESIGNATED WORK - RESIDENTIAL NEW CONSTRUCTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** is amended and the following added:

**Residential New Construction Work**

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of or resulting from "your work" performed on new single or multiple family housing, apartment, townhouse or condominium projects.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

U122B-0504                                    Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**FUNGI OR BACTERIA EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, Exclusions of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph **2.**, Exclusions of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

12/05/2007  10:48   7273921727          WASSON INSURANCE                    PAGE  02/07

# COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

ACORD™

DATE (MM/DD/YYYY) 11/08/2007

| PRODUCER | PHONE (A/C, No, Ext): (727) 392-4400 |
|---|---|
| | FAX (A/C, No): (727) 392-1727 |

Sandy Wasson & Assoc. Ins Inc
11309 Starkey Road

Largo          FL  33773-

CODE:          SUB CODE:
AGENCY CUSTOMER ID

CARRIER          NAIC CODE:     UNDERWRITER          UNDERWRITER OFF.

POLICIES OR PROGRAM REQUESTED
**General Liability**          POLICY NUMBER

**INDICATE SECTIONS ATTACHED**
- PROPERTY
- GLASS AND SIGN
- ACCOUNTS RECEIVABLE/ VALUABLE PAPERS
- CRIME/MISCELLANEOUS CRIME
- TRANSPORTATION/ MOTOR TRUCK CARGO
- EQUIPMENT FLOATER
- INSTALLATION/BUILDERS RISK
- ELECTRONIC DATA PROC
- [X] COMMERCIAL GENERAL LIABILITY
- BUSINESS AUTO
- TRUCKERS/MOTOR CARRIER
- GARAGE AND DEALERS
- VEHICLE SCHEDULE
- BOILER & MACHINERY
- WORKERS COMPENSATION
- UMBRELLA

## STATUS OF TRANSACTION / PACKAGE POLICY INFORMATION

[X] QUOTE   [ ] ISSUE POLICY   [ ] RENEW   ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES.

| | DATE | TIME | | PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING DAY | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|---|---|---|---|
| BOUND (Give Date and/or Attach Copy) | | | | 12/05/2007 | 12/05/2008 | DIRECT BILL | | |
| CHANGE | / / | : | AM | | | [X] AGENCY BILL | | |
| CANCEL | / / | : | PM | | | | | |

## APPLICANT INFORMATION

NAME (First Named Insured & Other Named Insureds)
Coastal Installations, Inc.

FEIN OR SOC SEC # (of First Named Insured):
PHONE (A/C, No, Ext): ( )  -

MAILING ADDRESS INCL ZIP+4 (of First Named Insured)
19111 Whispering Pines Dr.

Indian Shores        FL  33785-

INTERNET ADDRESS:

| INDIVIDUAL | [X] CORPORATION | SUBCHAPTER "S" CORPORATION | LIMITED LIAB CORP | CR BUREAU NAME | ID NUMBER | DATE BUS STARTED |
|---|---|---|---|---|---|---|
| PARTNERSHIP | JOINT VENTURE | NOT FOR PROFIT ORG | NO. OF MEMBERS AND MANAGERS | | | / / |

INSPECTION CONTACT   PHONE (A/C, No, Ext): (727) 804-2001
Dave Shuler

ACCOUNTING RECORDS CONTACT   PHONE (A/C, No, Ext): ( )  -
same

## PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | PART OCCUPIED |
|---|---|---|---|---|---|---|
| 001 | 001 | 19111 Whispering Pines Dr. Indian Shores Pinellas    FL  33785- | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |

NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)
Carpentry - Remodals and Additions.

## GENERAL INFORMATION

EXPLAIN ALL "YES" RESPONSES

| | YES | NO |
|---|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY? | | X |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | X |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | | X |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | X |
| 4. ANY CATASTROPHE EXPOSURE? | | X |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | X |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? (Not applicable in MO) | | X |

| | YES | NO |
|---|---|---|
| 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | X |
| 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? (In RI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment.) | | |
| 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | | X |
| 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | X |

REMARKS/PROCESSING INSTRUCTIONS

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, or VT; In DC, LA, ME and VA, insurance benefits may also be denied)

APPLICANT'S SIGNATURE          PRODUCER'S SIGNATURE

ACORD 125 (2001/08)          PLEASE COMPLETE PAGE 2          © ACORD CORPORATION 198...
☐ INS126 (0103)          ELECTRONIC LASER FORMS, INC. - (800)327-0545          Page 1 o...

A278341

**EXHIBIT C**

12/05/2007  10:48    7273921727              WASSON INSURANCE                    PAGE  03/07

## PRIOR CARRIER INFORMATION

| LINE | CATEGORY | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMMERCIAL GENERAL LIABILITY LIMITS** | CARRIER | Colony | | Colony | | Essex | | Scottsdale | | | |
| | POLICY NUMBER | | | | | | | CL8075a312 | | | |
| | POLICY TYPE | CLAIMS MADE | X OCCURRENCE | CLAIMS MADE | X OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | X OCCURRENCE | CLAIMS MADE | OCCURRENCE |
| | RETRO DATE | / / | | / / | | | | | | | |
| | EFF-EXP DATE | / / | / / | / / | / / | / / | / / | / / | / / | / / | / / |
| | GENERAL AGGREGATE | | 300,000 | | 300,000 | | | | | | |
| | PRODUCTS COMP OP AGGREGATE | | 300,000 | | 300,000 | | | | | | |
| | PERSONAL & ADV INJ | | 300,000 | | 300,000 | | | | | | |
| | EACH OCCURRENCE | | 300,000 | | 300,000 | | | | | | |
| | FIRE DAMAGE | | 100,000 | | 100,000 | | | | | | |
| | MEDICAL EXPENSE | | 5,000 | | 5,000 | | | | | | |
| | BODILY INJURY OCCURRENCE | | | | | | | | | | |
| | BODILY INJURY AGGREGATE | | | | | | | | | | |
| | PROPERTY DAMAGE OCCURRENCE | | | | | | | | | | |
| | PROPERTY DAMAGE AGGREGATE | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | MODIFICATION FACTOR | | . | | . | | | | . | | |
| | TOTAL PREMIUM | | . | | . | | . | | . | | |
| **AUTOMOBILE LIABILITY** | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | EFF-EXP DATE | / / | / / | / / | / / | / / | / / | / / | / / | / / | / / |
| | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | BODILY INJURY EA PERSON | | | | | | | | | | |
| | BODILY INJURY EA ACCIDENT | | | | | | | | | | |
| | PROPERTY DAMAGE | | | | | | | | | | |
| | MODIFICATION FACTOR | | . | | . | | | | | | |
| | TOTAL PREMIUM | | . | | . | | . | | | | |
| **PROPERTY** | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | EFF-EXP DATE | / / | / / | / / | / / | / / | / / | / / | / / | / / | / / |
| | BUILDING AMT | | | | | | | | | | |
| | PERS PROP AMT | | | | | | | | | | |
| | MODIFICATION FACTOR | | . | | . | | | | . | | |
| | TOTAL PREMIUM | | . | | . | | . | | | | |
| | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | EFF-EXP DATE | / / | / / | / / | / / | / / | / / | / / | / / | / / | / / |
| | LIMIT | | | | | | | | | | |
| | MODIFICATION FACTOR | | . | | . | | | | | | |
| | TOTAL PREMIUM | | . | | . | | . | | | | |

## LOSS HISTORY

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KS & NY)    X  CHK HERE IF NONE    SEE ATTACHED LOSS SUMMARY

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | | / / | | | OPEN |
| | | | | | | CLOSE |
| | | | / / | | | OPEN |
| | | | / / | | | CLOSE |

REMARKS    NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

ATTACHMENTS

STATE SUPPLEMENT(S) (if applicab.

Copy of the notice of information practices (privacy) has been given to the applicant. (Not applicable in all states).

NOTICE OF INSURANCE INFORMATION PRACTICES
PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATIO FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY I CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF AN INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKE FOR INSTRUCTION ON HOW TO SUBMIT A REQUEST TO US.

ACORD 126 (2001/04)

INS125 (0103)

# *ACORD*™ COMMERCIAL GENERAL LIABILITY SECTION

| | |
|---|---|
| | DATE 11/08/2007 |

| PRODUCER | PHONE (A/C, No, Ext): (727) 392-4400 | APPLICANT (First Named Insured) Coastal Installations, Inc. |
|---|---|---|
| Sandy Wasson & Assoc. Ins Inc<br>11309 Starkey Road<br><br>Largo           FL 33773- | | |

| | EFFECTIVE DATE 12/05/2007 | EXPIRATION DATE 12/05/2008 | DIRECT BILL  X | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|---|
| | | | AGENCY BILL | | |

| CODE: | SUB CODE: | FOR COMPANY USE ONLY |
|---|---|---|
| AGENCY CUSTOMER ID: | | |

## COVERAGES

| | | | | LIMITS | | |
|---|---|---|---|---|---|---|
| X | COMMERCIAL GENERAL LIABILITY | | | GENERAL AGGREGATE | $ 300,000 | PREMIUMS |
| | CLAIMS MADE | X | OCCURRENCE | PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ 300,000 | PREMISES/OPERATIONS |
| | OWNER'S & CONTRACTOR'S PROTECTIVE | | | PERSONAL & ADVERTISING INJURY | $ 300,000 | . |
| | | | | EACH OCCURRENCE | $ 300,000 | |
| DEDUCTIBLES | | | | DAMAGE TO RENTED PREMISES (each occurrence) | $ 100,000 | PRODUCTS |
| | PROPERTY DAMAGE | $ | | MEDICAL EXPENSE (Any one person) | $ 5,000 | . |
| | BODILY INJURY | $ | PER CLAIM | EMPLOYEE BENEFITS | | |
| | | | PER OCCURRENT | | | OTHER |

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/non-owned auto coverage attach the Business Auto Section, ACORD 127)

| | |
|---|---|
| | TOTAL |

## SCHEDULE OF HAZARDS

| LOCATION # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | EXPOSURE | TERR | RATE | | PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PREM/OPS | PRODUCTS | PREM/OPS | PRODUCTS |
| 001 | CARPENTRY | 91342n | P Payroll | 16000 | | . | . | . | . |
| 001 | subcontractors | 91582 | C Cost | 15000 | | . | . | . | . |
| | | | | | | . | . | . | . |
| | | | | | | . | . | . | . |
| | | | | | | . | . | . | . |
| | | | | | | . | . | . | . |
| | | | | | | . | . | . | . |
| | | | | | | . | . | . | . |

RATING AND PREMIUM BASIS    (P) PAYROLL - PER $1,000/PAY    (C) TOTAL COST - PER $1,000/COST    (U) UNIT - PER UNIT
(S) GROSS SALES - PER $1,000/SALES    (A) AREA - PER 1,000/SQ FT    (M) ADMISSIONS - PER 1,000/ADM    (T) OTHER

| CLAIMS MADE (Explain all "Yes" responses) | | | EMPLOYEE BENEFITS LIABILITY | |
|---|---|---|---|---|
| 1. PROPOSED RETROACTIVE DATE / / | | | 1. DEDUCTIBLE PER CLAIM: $ | |
| 2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV. / / | | | 2. NUMBER OF EMPLOYEES: | |
| 3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE? | YES | NO | 3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS: | |
| 4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY? | | | 4. RETROACTIVE DATE; / / | |
| REMARKS | | | REMARKS | |

| | | |
|---|---|---|
| ACORD 126 (2000/04) | PLEASE COMPLETE PAGE 2 | © ACORD CORPORATION 199 |
| INS126 (0005) | ELECTRONIC LASER FORMS, INC. - (800)327-0545 | Page 1 of |

12/05/2007  10:48    7273921727                    WASSON INSURANCE                        PAGE  05/07

## CONTRACTORS

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | X | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | X |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | X | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | X |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | | X | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | X |

| REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: | % OF WORK SUBCONTRACTED: | # FULL- 3 | # PART TIME STAFF: |
|---|---|---|---|---|

Insured is a Subcontractor

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | | 8. PRODUCTS UNDER LABEL OF OTHERS? | | |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | | 9. VENDORS COVERAGE REQUIRED? | | |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT          ACORD 45 attached for additional names

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|---|
| ☐ ADDITIONAL INSURED | | | | | | LOCATION:          BUILDING: |
| ☐ LOSS PAYEE | | | | | | VEHICLE:          BOAT: |
| ☐ MORTGAGEE | | | | | | SCHEDULED ITEM NUMBER: |
| ☐ LIENHOLDER | | | — | | | OTHER |
| ☐ EMPLOYEE AS LESSOR | | ITEM DESCRIPTION: | | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(d) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| | | | 16. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | X | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | X |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | X | | | |
| 8. IS A FEE CHARGED FOR PARKING? | | X | 19. IS THERE A FORMAL WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | | X |
| 9. RECREATION FACILITIES PROVIDED? | | X | 20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | X |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X | | | |

REMARKS

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY: SUBSTANTIAL) CIVIL PENALTIES. (NOT APPLICABLE IN CO, HI, NE, OH, OK, OR; IN DC, LA, ME AND VA INSURANCE BENEFITS MAY ALSO BE DENIED)

ACORD 126 (2000/04)                              ATTACH TO APPLICANT INFORMATION SECTION
INS126 (0005)                                                    Page 2 of 2

12/05/2007  10:48    7273921727    WASSON INSURANCE    PAGE  05/07

## POLICYHOLDER DISCLOSURE
## NOTICE OF INSURANCE COVERAGE FOR CERTIFIED ACTS OF TERRORISM

You are hereby notified that, under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act.

The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States: to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Coverage under your policy may be affected as follows:

You should know that coverage provided by this policy for losses caused by certified acts of terrorism is partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The premium charged for this coverage is provided below and does not include any charges for the portion of loss covered by the federal government under the act.

You should also know that your policy does <u>not</u> provide coverage for acts of terrorism that are not certified by the Secretary of the Treasury.

### Election or Rejection of Certified Terrorism Insurance Coverage

You must elect or reject this coverage for losses arising out of certified acts of terrorism, as defined in Section 102(1) of the Act, before the effective date of this policy. <u>Your coverage cannot be bound unless our representative has received this form signed by you on behalf of all insureds with all premiums due.</u>

☐ **Coverage election.** I hereby elect to purchase coverage for certified acts of terrorism, as defined in Section 102(1) of the Act for a prospective annual premium of $ 100 + F/ +._____. I understand that I will not have coverage for losses arising from any non-certified acts of terrorism.

**OR**

☒ **Coverage rejection.** I hereby elect not to purchase coverage for certified acts of terrorism, as defined in section 102(1) of the Act. I understand that I will not have coverage for any losses arising from certified or non-certified acts of terrorism.

| | |
|---|---|
| _____<br>Policyholder/Applicant's Signature-<br>Must be person authorized to sign for all insureds<br>James D. Shuler<br>Print Name<br>_____<br>_____<br>Named Insured<br>12/5/07<br>Date | _____<br>Insurance Company<br><br>_____<br>Policy Number<br><br>_____<br>Submission Number<br><br>_____<br>Producer Number<br><br>_____<br>Producer Name<br><br>_____<br>Street Address<br><br>_____<br>City, State, Zip |

The producer shown above is the wholesale insurance broker your insurance agent used to place your insurance coverage with us. Please discuss this Disclosure with your agent before signing.

TRIA2002 Notice-1202                    🔷 **COLONY**                    Page 1 of 1

12/05/2007  10:48    7273921727                    WASSON INSURANCE                    PAGE  07/07



**COLONY INSURANCE COMPANY**
**ARTISAN CONTRACTORS**
**SUPPLEMENTAL APPLICATION**

*Charles L. Wasson III*
General Agent Name

Insured: _Coastal Installations, Inc._    Date _12-5-07_

| | | |
|---|---|---|
| Owner/Partner 16,000 | $ 16,000 | |
| Employee Payroll: | $ 0 | |
| Uninsured Subcontractor Payroll: | $ 15,000 | |
| Total Payroll: | $ Officer only | |
| Subcontractor Cost | $ 50,000 | |
| Total Receipts | $ | |

**Risk is a (% of each):**
General Contractor _0_ %
Subcontractor _100_ %

**Type of Work Performed**
Room Additions _25_ %
Repair/Service Work _0_ %
Structural Work _0_ %
Remodeling Work _75_ %
Other _0_ %
Maximum # Of Stories _2_
Maximum Depth below Grade _N/A_
Any Roofing Performed ☐ Yes ☑ No
If Yes complete a Roofing Supplemental
(Prohibit Commercial Roofing)

**General Information**
License # & Type held _RR282811189_
Years in Business: _6_
Years of Experience: _19_

Ground Up Construction _0_ %
% Residential ____ % (new residential ____ Yes ____ No)
%Commercial ____ %Industrial ____ %

- Type of work done by you and your employees: _Carpentry – Residential only_
- Alarm monitoring? ☐ Yes ☑ No    Alarm monitoring subcontracted? ☐ Yes ☑ No
- Any mobile equipment leased without operators? ☐ Yes ☑ No    _N/A_
- Type of equipment leased? _____
- Any snow plowing operations? ☐ Yes ☑ No  Street Cleaning ☐ Yes ☑ No  Public Streets & Roads? ☐ Yes ☑ No
- Has the ins'd ever been involved in any construction of new residential properties i.e. Custom homes, Tract or Condo developments, apts or Town Homes in the past 10 years or will they do so in the future? ☐ Yes ☑ No
- Have you ever been involved or are you involved in construction of residential room additions? ☑ Yes ☐ No
- Any LPG work? ☐ Yes ☑ No ____% of total    Any Floor waxing? ☐ Yes ☐ No ____%
- What precautions does the Insured take to properly ventilate the premises while applying or removing varnish, lacquers, or glue while refinishing or working on floors or finishing/refinishing cabinets – _N/A_

- List the last 3 jobs including the cost of those jobs.

| Location | Type of Job | Job Receipts |
|---|---|---|
| 212 18th Ave | Kitchen Remodel | $ |
| 800 Bayshore | Kitchen Remodel | $ |
| 18700 Gulf Blvd #34 | Flooring & Paint | $ |

- Describe any losses: _None_

**SUBCONTRACTED WORK**

- What work are the subcontractors hired to do? _Carpentry_ _15_ % _____ %
- Are certificates of insurance obtained prior to subcontractors starting work? ☑ Yes ☐ No
- Minimum Limits Required $_300,000.00_
- Are you named as an additional insured on the subcontractor's policy? ☐ Yes ☑ No
- Do subcontractors carry Worker's Compensation ☑ Yes ☐ No

**I hereby certify that all information is accurate to the best of my knowledge.**

Applicant Signature: _____    Date: _12/5/07_

Producer: _____    Date: _12/5/07_

91F        A278341        Page 1 of 1        2005

## STATEMENT OF DILIGENT EFFORT

Producing Agent _Charles L. Wasson III_ License Num _A278341_

Name of Agency _Sauly Wasson & Assoc._

Has sought to obtain:

Type of Coverage _Commercial General Liability_ for

Named Insured _Coastal Installations, Inc._ from the following authorized

insurers currently writing this type of coverage:

(1)  Authorized Insurer _Zurich Ins Group_ Person Contacted _Deirdre Sanford_

Telephone Number _800-393-9090_ Date of Contact _10-16-07_

The reason(s) for declination by the insurer was (were) as follows:

_residential work_

(2)  Authorized Insurer _National Ins Group_ Person Contacted _Margot Nurse_

Telephone Number _877-424-7336_ Date of Contact _10-16-07_

The reason(s) for declination by the insurer was (were) as follows:

_Class of business_

(3)  Authorized Insurer _Bankers Ins Group_ Person Contacted _Dawn Pegg_

Telephone Number _727-823-4000_ Date of Contact _10-16-07_

The reason(s) for declination by the insurer was (were) as follows:

_Class of business_

_A278341_                                          _Charles L Wasson III_
Signature of Producing Agent            Printed or Typed Name of Producing Agent

Document Verified by Surplus Lines Agent: Yes___ No___ Date Verified: _____

DI4-1153
7/94